# RICHARD B. LIND

ATTORNEY AT LAW

745 FIFTH AVENUE

SUITE 902

NEW YORK, N.Y. 10151

TELEPHONE (212) 888-7725

FACSIMILE (212) 371-2961

E-MAIL: RLINDESQ@AOL.COM

**MEMO ENDORSED**

RECEIVED IN CHAMBERS

OCT 1  2007

LAWRENCE M. McKENNA

October 10, 2007

*Conference adjourned to 11/7/07 at 3:00 P.M. Time excluded to 11/7/07 for reasons set forth in this letter. So ordered —*

*LMM 10/11/07*

**By FedEx**

Hon. Lawrence M. McKenna
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Carmen Gonzalez
    06 Cr. 1133 (LMM)

Dear Judge McKenna:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

I am the C.J.A. attorney for defendant Gonzalez in the above-captioned case. I recently replaced a Federal Defender attorney in the case. I write to request a four-week adjournment of the pre-trial conference in this case from October 12, to November 7, 2007. The principal basis for the request is that the parties are engaged in plea discussions. I have spoken to Todd Blanche, the A.U.S.A. in charge of this case. He consents to the requested adjournment. Of course, defendant would agree to a Speedy Trial Act exclusion of time.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Richard B. Lind

cc: Todd Blanche, Esq. (by fax)