### RICHARD B. LIND
ATTORNEY AT LAW
745 FIFTH AVENUE
SUITE 902
NEW YORK, N.Y. 10151

TELEPHONE (212) 889-7725
FACSIMILE (212) 371-2961
E-MAIL: RLINDESQ1ACL.COM

January 16, 2008

Hon. Lawrence M. McKenna
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

      Re: United States v. Carmen Gonzalez
           06 Cr. 1133 (LMM)

Dear Judge McKenna:

    I am the C.J.A. attorney for defendant Gonzalez in the above-captioned case. I am writing to request an adjournment of the trial date in this case, from February 4, 2008, to March 24, 2008. The reason for the request is that I have other professional commitments which would make it difficult for me to fully prepare for trial if trial commenced on February 4. I have spoken to A.U.S.A. Todd Blanche about an adjournment to the end of March, and he has no opposition to such a request. Defendant obviously waives the Speedy Trial time between now and March 24, 2008.

    Thank you for the Court's prompt consideration of this request.

Respectfully submitted,

Richard B. Lind

cc: Todd Blanche, Esq. (by fax)

*Trial adjourned to 3/24/08 at 9:30 A.M. Time excluded to 3/24/08 in interests of justice for reasons set forth above. So ordered.*

*L(MM) 1/16/08*