UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

UNITED STATES OF AMERICA,    :

    -against-    :    06 Cr. 1133 (LMM)

CARMEN JUDITH GONZALEZ,    :    **ORDER**

    Defendant.    :

------------------------------------------------------x

**WHEREAS**, on September 5, 2007, the Hon. Lawrence M. McKenna, United States District Judge, approved the appointment of counsel for defendant Gonzalez in the above-captioned case, pursuant to the Criminal Justice Act;

**WHEREAS**, Judge McKenna has scheduled trial in the above-captioned case, to commence on March 24, 2008;

**WHEREAS**, defendant Gonzalez lives at 13406 Meadowbay Loop, Orlando, FL 32824; and her telephone number is (407) 217-4114;

**WHEREAS**, defendant Gonzalez is without sufficient funds to travel from her residence in Orlando, Florida to New York;

**IT IS HEREBY ORDERED THAT** the Government shall furnish defendant Gonzalez with airplane transportation from Orlando, FL to Newark, NJ on March 19, 2008.

Dated: March 4, 2008    **SO ORDERED:**

                                                          **United States District Judge**