U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

**MEMO ENDORSED**

March 12, 2008

The Honorable Lawrence M. McKenna
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1640
New York, New York 10007

RECEIVED
IN CHAMBERS

MAR 1 2 2008

LAWRENCE M. McKENNA
USDJ    SDNY

   Re:   United States v. Carmen Gonzalez
         06 Cr. 1133 (LMM)

Dear Judge McKenna:

   The above-named defendant is scheduled to begin trial on or about March 24, 2008. The Government respectfully requests a conference before Your Honor to discuss the trial schedule. One of the Government's witnesses is currently unavailable, and the Government intends to move, pursuant to Fed. R. Crim. P. 15, for an order allowing the Government to take the deposition of the witness.

   Your Honor's deputy has informed the Government that Friday, March 14, 2008, at 11:00 a.m. is a convenient time for a conference.

*Conference scheduled as indicated. Gov't - advised.*

*L.M.M.*
*USDJ 3/12/08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
    Todd Blanche
    Assistant U.S. Attorney
    (212) 637-2494
    (212) 637-2390 (facsimile)

cc:  Richard Lind, Esq.
     Attorney for Carmen Gonzalez (by e-mail)