USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                          :

Carmen Judith Gonzalez,            :

        Defendant.             :

- - - - - - - - - - - - - - - - - x

ORDER

S1 06 Cr. 1133 (LMM)

    IT IS HEREBY ORDERED that because the defendant is indigent, the United States Marshals Service shall arrange and pay for her round-trip travel for trial. The next matter that requires the defendant's presence is scheduled for April 1, 2008, so the travel arrangements should allow the defendant to arrive in the New York City area no later than the evening of March 31, 2008. The return trip is to be determined, based on what happens in Court on April 1, 2008.

    SO ORDERED.

Dated:   March _19_, 2008
           New York New York

                                  Hon. Lawrence M. McKenna
                                  United States District Judge