UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
PROVISIONAL RELEASE OF AN OFFENDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

### DEFERRED PROSECUTION

TO: CARMEN JUDITH GONZALEZ    United States v. Carmen Judith Gonzalez
                              Docket No. S1 06 Cr. 1133 (LMM)

On June 25, 2007, an Indictment was returned by a Grand Jury in this district charging you with conspiracy to transport stolen property across state lines, and with transporting stolen property across state lines, in violation of 18 U.S.C. §§ 371, 2314. However, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of six months from the signing of this agreement. The term and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2) You shall associate only with law-abiding persons.

(3) You shall work regularly at a lawful occupation and/or regularly attend school and support your legal dependents, if any, to the best of your ability. When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer at once. You shall consult him or her prior to job and school changes.

(4) You shall not leave the Middle District of Florida without permission of your supervising U.S. Pretrial Services Officer.

(5) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(6) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(7) You shall report to your supervising U.S. Pretrial Services Officer as directed.

As a further condition you hereby consent to permit disclosure to the supervising Pretrial Services Officer, consistent with Section 408 of Public Law 92-255 of New York State and

regulations issued pursuant thereto, of such medical and treatment records as may be relevant to deferral of prosecution in this case.

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should such action be deemed advisable, including if you commit any criminal acts during the time period of your supervision.

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions, if any, above mentioned, the United States Attorney's Office will request that the Court issue an order dismissing Indictment Number S1 06 Cr. 1133 (LMM), and no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
April 1, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney

                    By: _____
                         TODD BLANCHE
                         Assistant United States Attorney
                         (212) 637-2494

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, Title 18, United States Code, Section 3161 (h) (2) and the Rules of the District Court of the Southern District of New York, or other pertinent provisions and consent to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
April 1, 2008

_____          _____
Attorney for Defendant              Defendant

The foregoing waiver of the defendant's right to a speedy trial is approved pursuant to Rule 5(b) of the Second Circuit Plan for Achieving Prompt Disposition of Criminal Cases and the Rules of the District Court for the Southern District of New York.

Dated: New York, New York
April 1, 2008

_____
United States District Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
April 25, 2008

_____
United States Pretrial Services Officer